IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS PRIVE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>COLLINS POOL MANAGEMENT, )<br>LLC )<br>)<br>Defendant. )<br>_____ ) | Civil Action No.<br><br>1:14-cv-01300-ODE<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Dennis Price and Defendant Collins Pool Management, LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of Defendant Collins Pool Management, LLC from the above-captioned action. Except as otherwise agreed between the parties, each party shall bear its own attorneys' fees and costs.

*[Signatures on following page.]*

Respectfully submitted the 13th day of February, 2015.

| **BARRETT & FARAHANY, LLP** | **HECHT WALKER, PC** |
|---|---|
| *s/ Abigail J. Larimer* | *s/ Jon W. Jordan* |
| Abigail J. Larimer | Jon W. Jordan |
| Georgia Bar No. 999229 | Georgia Bar No. 690096 |
| | |
| 1100 Peachtree Street, Suite 500 | *s/ Robert A. Quinn\** |
| Atlanta, GA 30309 | Robert A. Quinn |
| (404) 214-0120 | Georgia Bar No. 473668 |
| (404) 214-0125 facsimile | |
| abigail@bf-llp.com | 205 Corporate Center Drive, Suite B |
| | Stockbridge, GA 30281 |
| *Counsel for Plaintiff* | jon@hmhwlaw.com |
| | bob@hmhwlaw.com |
| | |
| | *Counsel for Defendant* |
| | |
| | *\*with express permission* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DENNIS PRICE, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 201538 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| COLLINS POOL MANAGEMENT, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***Joint Stipulation of Dismissal With Prejudice*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the following attorneys of record:

>Jon W. Jordan, Esq.
>Robert A. Quinn, Esq.
>Hecht Walker, PC
>205 Corporate Center Drive, Suite B
>Stockbridge, GA 30281

This 13th day of February, 2015.

>BARRETT & FARAHANY, LLP
>
>s/ Abigail J. Larimer, Esq.
>Abigail J. Larimer, Esq.
>Georgia Bar No. 999229
>*Attorney for Plaintiff Dennis Price*

3